UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE L. REED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>K. HARRINGTON, et al.,<br><br>　　　　Defendants. | 1:10-cv-00387-OWW-GSA-PC<br><br>ORDER DENYING MOTION<br>(Doc. 24.) |

　　　Tyrone L. Reed ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was dismissed in its entirety by the Court on November 10, 2010, based on Plaintiff's failure to obey a court order. (Doc. 22.)

　　　On September 12, 2011, Plaintiff filed a motion for summary judgment. (Doc. 24.) In light of the fact that this case is dismissed, IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment is DENIED as moot.

　　　IT IS SO ORDERED.

　　　Dated:　September 14, 2011　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE